# EXHIBIT "G"



# MEDICAL
# GROUP

December 17, 2014

By Certified Mail – Return Receipt Requested / By Hand Delivery

Nikhil Kansal, M.D.
32 Garrison St., Unit 40-505
Boston, MA 02116

> Re:   Physician Employment Agreement effective as of February 28, 2013 by
> and between Steward Medical Group, Inc. ("Steward Medical Group")
> and Nikhil Kansal, M.D., as amended on October 23, 2013 (the
> "Agreement")

Dear Dr. Kansal:

On behalf of Steward Medical Group, we are pleased that you will continue providing services under the Agreement at Steward St. Elizabeth's Medical Center of Boston, Inc. As of December 31, 2014, Quincy Medical Center, A Steward Family Hospital, Inc. will be removed as an "Assigned Hospital" as per the Agreement. Please acknowledge receipt of this letter by signing in the space provided below.

If you have any questions, please do not hesitate to contact me at (617) 419-4751.

Sincerely,

Richard Fernandez
Chief Operating Officer/Senior Vice President

Acknowledged:

Nikhil Kansal, M.D.