UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* JOSEPH NOCIE, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-11160-WGY |
| v. | ) ) | **FILED UNDER SEAL** |
| STEWARD HEALTH CARE SYSTEM, LLC, STEWARD MEDICAL GROUP, and ST. ELIZABETH'S MEDICAL CENTER, | ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

The United States having intervened in this matter pursuant to 31 U.S.C. § 3730(b)(4) of the False Claims Act, the Court hereby ORDERS as follows:

The United States shall have ~~ninety~~ *sixty* days from the date of this Order to file a complaint in this matter; *WFG*

When the government files its Complaint-In-Intervention the United States' Complaint-In-Intervention, the relator's complaint, and the United States' Notice of Election to Intervene In Part and Decline In Part, and all pleadings filed thereafter shall be unsealed;

All other papers in this action filed prior to September 5, 2023, shall remain sealed.

A copy of this Order shall be served upon the United States and Massachusetts, and they may share this Order with the relator and the relator's counsel.

The United States shall serve its complaint on the defendants in accordance with the

Federal Rules of Civil Procedure.

*as modified*

IT IS SO ORDERED, this _16_ day of _October_____, 2023.


_William G. Young_

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE