UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA and the COMMONWEALTH OF MASSACHUSETTS, *ex rel.* JOSEPH NOCIE<br><br>    Plaintiffs,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC, STEWARD MEDICAL GROUP, and ST. ELIZABETH'S MEDICAL CENTER,<br><br>    Defendants. | Case No. 18-cv-11160-WGY<br><br>**FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Assistant Attorney General Ian R. Marinoff hereby enters his appearance on behalf of the Commonwealth of Massachusetts in this action.

                                        Respectfully submitted
                                        for the Commonwealth,

                                        ANDREA JOY CAMPBELL
                                        ATTORNEY GENERAL

                By:    <u>/s/ Ian R. Marinoff</u>
                        IAN R. MARINOFF (BBO #654794)
                        Assistant Attorney General
                        Office of the Attorney General
                        One Ashburton Place
                        Boston, Massachusetts 02108
                        (617) 727-2200 ext. 2550
                        ian.marinoff@mass.gov

Date:  December 12, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Notice of Appearance was served upon the attorneys of record for Relator and the United States, via email, as follows:

| | |
|---|---|
| Jonathan Shapiro<br>Shapiro & Teitelbaum LLP<br>55 Union Street, 4th Floor<br>Boston, Massachusetts 02108<br>617-742-5800<br>jshapiro@jsmtlegal.com<br><br>Joy P. Clairmont<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>215-875-5803<br>jclairmont@bm.net<br><br>*Attorneys for Relator* | Charles B. Weinograd<br>Jessica J. Weber<br>Assistant United States Attorneys<br>1 Courthouse Way, Suite 9200<br>John Joseph Moakley Courthouse<br>Boston, MA 02210<br>(617) 748-3100<br>charles.weinograd@usdoj.gov<br>jessica.j.weber@usdoj.gov<br><br>*Attorneys for the United States* |

      Because this action is under seal, Defendants have not been served with copies of the foregoing Notice.

Date:  December 12, 2023                        /s/ Ian R. Marinoff
                                                                          Assistant Attorney General