# EXHIBIT 3

FIRST AMENDMENT TO
PHYSICIAN EMPLOYMENT AGREEMENT

THIS FIRST AMENDMENT entered into as of this the ___ day of _November_
2013 (the "Execution Date"), to be effective as of January 1, 2014 (the "First Amendment
Effective Date"), by and between Steward Medical Group, Inc. ("SMG"), an affiliate of Steward
Health Care System LLC ("Steward Health Care" or "Steward"), a Delaware limited liability
company, and Arvind K. Agnihotri, M.D., an individual physician (the "Physician").

WHEREAS, Steward Medical Group, Inc. ("SMG") and Physician entered into a
Physician Employment Agreement with an Effective Date of August 31, 2012 (the "Agreement");
and

WHEREAS, SMG and Physician mutually desire to amend the Agreement as set forth
below.

NOW, THEREFORE, for good and valuable consideration the receipt and sufficiency
whereof is hereby acknowledged, the parties agree as follows:

1. **Exhibit A, Number 9** is hereby amended by deleting the Section in its entirety and
   inserting the following Section in its place and stead:

Incentive Compensation:          Beginning January 1, 2014, Physician shall be
                                 entitled to receive Incentive Compensation of up to
                                 $800,000 per year, during the remainder of the Initial
                                 Term, as described in Exhibit B.

2. **Exhibit B** is hereby deleted in its entirety and a new Exhibit B (Incentive Compensation)
   attached hereto as Attachment 1, is hereby added to the Agreement in its place and stead.

The remainder of the Agreement is hereby amended so as to give full force and effect to the
foregoing. In all other respects not inconsistent herewith, the Agreement remains unchanged and
in full force and effect.

THIS PAGE ENDS HERE
THE NEXT PAGE IS THE SIGNATURE PAGE



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED                    SHC00043696

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first above written.

Steward Medical Group, Inc.

Michael Callum, M.D.
President

Physician:

Arvind K. Agnihotri, M.D.

Clarification: The term of this agreement is 5 years. The last year will be January 1st 2017 through December 31, 2017. The fifth payment will be made in the first 90 days of 2018.

Initial: Arvind Agnihotri _____    Michael Callum _____

2

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED                    SHC00043697

Attachment 1

Exhibit B

Incentive Compensation

Beginning on January 1, 2014, Physician shall be entitled to receive Incentive Compensation of up to $800,000 per year during the Initial Term. Physician shall receive as Incentive Compensation the amount listed below which corresponds to the number of surgical cardiovascular cases performed by the Division of Cardiac Surgery during each year of the Initial Term of the Agreement. For purposes of calculating Incentive Compensation, a "Surgical Cardiovascular Case" shall mean any surgical cardiac procedure performed by the Division of Cardiac Surgery involving the use of an operating room. Surgical Cardiovascular Cases shall be measured each year from January 1 to December 31. SMG shall make payments to the Physician in the applicable amount set forth below within 90 days after the end of the applicable year.

| Surgical Cardiovascular Cases | Incentive Compensation |
|---|---|
| 400 | $250,000 |
| 401 | $252,000 |
| 402 | $254,000 |
| 403 | $256,000 |
| 404 | $258,000 |
| 405 | $260,000 |
| 406 | $262,000 |
| 407 | $264,000 |
| 408 | $266,000 |
| 409 | $268,000 |
| 410 | $270,000 |
| 411 | $272,000 |
| 412 | $274,000 |
| 413 | $276,000 |
| 414 | $278,000 |
| 415 | $280,000 |
| 416 | $282,000 |
| 417 | $284,000 |
| 418 | $286,000 |
| 419 | $288,000 |
| 420 | $290,000 |
| 421 | $292,000 |
| 422 | $294,000 |
| 423 | $296,000 |

3



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED    SHC00043698

| 424 | $298,000 |
| --- | --- |
| 425 | $300,000 |
| 426 | $302,000 |
| 427 | $304,000 |
| 428 | $306,000 |
| 429 | $308,000 |
| 430 | $310,000 |
| 431 | $312,000 |
| 432 | $314,000 |
| 433 | $316,000 |
| 434 | $318,000 |
| 435 | $320,000 |
| 436 | $322,000 |
| 437 | $324,000 |
| 438 | $326,000 |
| 439 | $328,000 |
| 440 | $330,000 |
| 441 | $332,000 |
| 442 | $334,000 |
| 443 | $336,000 |
| 444 | $338,000 |
| 445 | $340,000 |
| 446 | $342,000 |
| 447 | $344,000 |
| 448 | $346,000 |
| 449 | $348,000 |
| 450 | $350,000 |
| 451 | $352,000 |
| 452 | $354,000 |
| 453 | $356,000 |
| 454 | $358,000 |
| 455 | $360,000 |
| 456 | $362,000 |
| 457 | $364,000 |
| 458 | $366,000 |
| 459 | $368,000 |
| 460 | $370,000 |
| 461 | $372,000 |
| 462 | $374,000 |
| 463 | $376,000 |
| 464 | $378,000 |

4



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

| | |
|---|---|
| 465 | $380,000 |
| 466 | $382,000 |
| 467 | $384,000 |
| 468 | $386,000 |
| 469 | $388,000 |
| 470 | $390,000 |
| 471 | $392,000 |
| 472 | $394,000 |
| 473 | $396,000 |
| 474 | $398,000 |
| 475 | $400,000 |
| 476 | $402,000 |
| 477 | $404,000 |
| 478 | $406,000 |
| 479 | $408,000 |
| 480 | $410,000 |
| 481 | $412,000 |
| 482 | $414,000 |
| 483 | $416,000 |
| 484 | $418,000 |
| 485 | $420,000 |
| 486 | $422,000 |
| 487 | $424,000 |
| 488 | $426,000 |
| 489 | $428,000 |
| 490 | $430,000 |
| 491 | $432,000 |
| 492 | $434,000 |
| 493 | $436,000 |
| 494 | $438,000 |
| 495 | $440,000 |
| 496 | $442,000 |
| 497 | $444,000 |
| 498 | $446,000 |
| 499 | $448,000 |
| 500 | $450,000 |
| 501 | $451,500 |
| 502 | $453,000 |
| 503 | $454,500 |
| 504 | $456,000 |
| 505 | $457,500 |

5

| 506 | $459,000 |
| 507 | $460,500 |
| 508 | $462,000 |
| 509 | $463,500 |
| 510 | $465,000 |
| 511 | $466,500 |
| 512 | $468,000 |
| 513 | $469,500 |
| 514 | $471,000 |
| 515 | $472,500 |
| 516 | $474,000 |
| 517 | $475,500 |
| 518 | $477,000 |
| 519 | $478,500 |
| 520 | $480,000 |
| 521 | $481,500 |
| 522 | $483,000 |
| 523 | $484,500 |
| 524 | $486,000 |
| 525 | $487,500 |
| 526 | $489,000 |
| 527 | $490,500 |
| 528 | $492,000 |
| 529 | $493,500 |
| 530 | $495,000 |
| 531 | $496,500 |
| 532 | $498,000 |
| 533 | $499,500 |
| 534 | $501,000 |
| 535 | $502,500 |
| 536 | $504,000 |
| 537 | $505,500 |
| 538 | $507,000 |
| 539 | $508,500 |
| 540 | $510,000 |
| 541 | $511,500 |
| 542 | $513,000 |
| 543 | $514,500 |
| 544 | $516,000 |
| 545 | $517,500 |
| 546 | $519,000 |

6



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

| 547 | $520,500 |
| 548 | $522,000 |
| 549 | $523,500 |
| 550 | $525,000 |
| 551 | $526,500 |
| 552 | $528,000 |
| 553 | $529,500 |
| 554 | $531,000 |
| 555 | $532,500 |
| 556 | $534,000 |
| 557 | $535,500 |
| 558 | $537,000 |
| 559 | $538,500 |
| 560 | $540,000 |
| 561 | $541,500 |
| 562 | $543,000 |
| 563 | $544,500 |
| 564 | $546,000 |
| 565 | $547,500 |
| 566 | $549,000 |
| 567 | $550,500 |
| 568 | $552,000 |
| 569 | $553,500 |
| 570 | $555,000 |
| 571 | $556,500 |
| 572 | $558,000 |
| 573 | $559,500 |
| 574 | $561,000 |
| 575 | $562,500 |
| 576 | $564,000 |
| 577 | $565,500 |
| 578 | $567,000 |
| 579 | $568,500 |
| 580 | $570,000 |
| 581 | $571,500 |
| 582 | $573,000 |
| 583 | $574,500 |
| 584 | $576,000 |
| 585 | $577,500 |
| 586 | $579,000 |
| 587 | $580,500 |

7

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

SHC00043702

| 588 | $582,000 |
| 589 | $583,500 |
| 590 | $585,000 |
| 591 | $586,500 |
| 592 | $588,000 |
| 593 | $589,500 |
| 594 | $591,000 |
| 595 | $592,500 |
| 596 | $594,000 |
| 597 | $595,500 |
| 598 | $597,000 |
| 599 | $598,500 |
| 600 | $600,000 |
| 601 | $601,000 |
| 602 | $602,000 |
| 603 | $603,000 |
| 604 | $604,000 |
| 605 | $605,000 |
| 606 | $606,000 |
| 607 | $607,000 |
| 608 | $608,000 |
| 609 | $609,000 |
| 610 | $610,000 |
| 611 | $611,000 |
| 612 | $612,000 |
| 613 | $613,000 |
| 614 | $614,000 |
| 615 | $615,000 |
| 616 | $616,000 |
| 617 | $617,000 |
| 618 | $618,000 |
| 619 | $619,000 |
| 620 | $620,000 |
| 621 | $621,000 |
| 622 | $622,000 |
| 623 | $623,000 |
| 624 | $624,000 |
| 625 | $625,000 |
| 626 | $626,000 |
| 627 | $627,000 |
| 628 | $628,000 |

8

| 629 | $629,000 |
| 630 | $630,000 |
| 631 | $631,000 |
| 632 | $632,000 |
| 633 | $633,000 |
| 634 | $634,000 |
| 635 | $635,000 |
| 636 | $636,000 |
| 637 | $637,000 |
| 638 | $638,000 |
| 639 | $639,000 |
| 640 | $640,000 |
| 641 | $641,000 |
| 642 | $642,000 |
| 643 | $643,000 |
| 644 | $644,000 |
| 645 | $645,000 |
| 646 | $646,000 |
| 647 | $647,000 |
| 648 | $648,000 |
| 649 | $649,000 |
| 650 | $650,000 |
| 651 | $651,000 |
| 652 | $652,000 |
| 653 | $653,000 |
| 654 | $654,000 |
| 655 | $655,000 |
| 656 | $656,000 |
| 657 | $657,000 |
| 658 | $658,000 |
| 659 | $659,000 |
| 660 | $660,000 |
| 661 | $661,000 |
| 662 | $662,000 |
| 663 | $663,000 |
| 664 | $664,000 |
| 665 | $665,000 |
| 666 | $666,000 |
| 667 | $667,000 |
| 668 | $668,000 |
| 669 | $669,000 |

9



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED                    SHC00043704

| | |
|---|---|
| 670 | $670,000 |
| 671 | $671,000 |
| 672 | $672,000 |
| 673 | $673,000 |
| 674 | $674,000 |
| 675 | $675,000 |
| 676 | $676,000 |
| 677 | $677,000 |
| 678 | $678,000 |
| 679 | $679,000 |
| 680 | $680,000 |
| 681 | $681,000 |
| 682 | $682,000 |
| 683 | $683,000 |
| 684 | $684,000 |
| 685 | $685,000 |
| 686 | $686,000 |
| 687 | $687,000 |
| 688 | $688,000 |
| 689 | $689,000 |
| 690 | $690,000 |
| 691 | $691,000 |
| 692 | $692,000 |
| 693 | $693,000 |
| 694 | $694,000 |
| 695 | $695,000 |
| 696 | $696,000 |
| 697 | $697,000 |
| 698 | $698,000 |
| 699 | $699,000 |
| 700 | $700,000 |
| 701 | $701,000 |
| 702 | $702,000 |
| 703 | $703,000 |
| 704 | $704,000 |
| 705 | $705,000 |
| 706 | $706,000 |
| 707 | $707,000 |
| 708 | $708,000 |
| 709 | $709,000 |
| 710 | $710,000 |

10



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

SHC00043705

| 711 | $711,000 |
| 712 | $712,000 |
| 713 | $713,000 |
| 714 | $714,000 |
| 715 | $715,000 |
| 716 | $716,000 |
| 717 | $717,000 |
| 718 | $718,000 |
| 719 | $719,000 |
| 720 | $720,000 |
| 721 | $721,000 |
| 722 | $722,000 |
| 723 | $723,000 |
| 724 | $724,000 |
| 725 | $725,000 |
| 726 | $726,000 |
| 727 | $727,000 |
| 728 | $728,000 |
| 729 | $729,000 |
| 730 | $730,000 |
| 731 | $731,000 |
| 732 | $732,000 |
| 733 | $733,000 |
| 734 | $734,000 |
| 735 | $735,000 |
| 736 | $736,000 |
| 737 | $737,000 |
| 738 | $738,000 |
| 739 | $739,000 |
| 740 | $740,000 |
| 741 | $741,000 |
| 742 | $742,000 |
| 743 | $743,000 |
| 744 | $744,000 |
| 745 | $745,000 |
| 746 | $746,000 |
| 747 | $747,000 |
| 748 | $748,000 |
| 749 | $749,000 |
| 750 | $750,000 |
| 751 | $751,000 |

11



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

SHC00043706

| | |
|---|---|
| 752 | $752,000 |
| 753 | $753,000 |
| 754 | $754,000 |
| 755 | $755,000 |
| 756 | $756,000 |
| 757 | $757,000 |
| 758 | $758,000 |
| 759 | $759,000 |
| 760 | $760,000 |
| 761 | $761,000 |
| 762 | $762,000 |
| 763 | $763,000 |
| 764 | $764,000 |
| 765 | $765,000 |
| 766 | $766,000 |
| 767 | $767,000 |
| 768 | $768,000 |
| 769 | $769,000 |
| 770 | $770,000 |
| 771 | $771,000 |
| 772 | $772,000 |
| 773 | $773,000 |
| 774 | $774,000 |
| 775 | $775,000 |
| 776 | $776,000 |
| 777 | $777,000 |
| 778 | $778,000 |
| 779 | $779,000 |
| 780 | $780,000 |
| 781 | $781,000 |
| 782 | $782,000 |
| 783 | $783,000 |
| 784 | $784,000 |
| 785 | $785,000 |
| 786 | $786,000 |
| 787 | $787,000 |
| 788 | $788,000 |
| 789 | $789,000 |
| 790 | $790,000 |
| 791 | $791,000 |
| 792 | $792,000 |

12



HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

SHC00043707

| | |
|---|---|
| 793 | $793,000 |
| 794 | $794,000 |
| 795 | $795,000 |
| 796 | $796,000 |
| 797 | $797,000 |
| 798 | $798,000 |
| 799 | $799,000 |
| 800 | $800,000 |

13

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED

SHC00043708