# EXHIBIT 6



June ____, 2022

Sent Via FedEx

Arvind Agnihotri, M.D.


Re:    Fourth Amendment to That Physician Employment Agreement, as amended, supplemented, or otherwise modified (the "Employment Agreement"), dated August 31, 2012, by and between Steward Medical Group, Inc. ("SMG") and Arvind Agnihotri, M.D. (the "Physician").

Dear Dr. Agnihotri:

    I am writing regarding certain recent changes to your Employment Agreement.

### I. System Chief of Cardiac Surgery ("System Chief") – Exhibit E

As follow up to your meeting with Roger Mitty and John Rampone on March 28, 2022, this letter amendment is to memorialize the parties' agreement that as of April 1, 2022, your Administrative Duties as System Chief were terminated and that neither party has any continuing rights or obligations under Exhibit E of the Employment Agreement, except to the extent the same survive termination under the terms of the Employment Agreement. Notwithstanding the foregoing, it recently came to our attention that despite the fact that you have not been providing System Chief services, you have continued to receive payment for this administrative role in error since April 1, 2022. We will follow up under separate cover to discuss a mutually agreeable repayment plan.

While we are terminating this role as of April 1, 2022, we understand that performance of these services may have ceased earlier this year, and SMG is performing an ongoing review of documentation related to your Administrative Duties prior to April 1, 2022. We will follow up under separate cover, as necessary.

### II. Incentive Compensation for System Chief – Exhibits B and F

As you are aware, Incentive Compensation associated with the System Chief position is included in Exhibits B and F to the Employment Agreement. By your acknowledgment below, effective as of April 1, 2022, Exhibits B and F are each deleted in their entirety from the Employment Agreement and replaced with "Intentionally Omitted".

### III. Leave of Absence

This is to memorialize that you received a paid leave of absence from September 13, 2021 to January [3],

DM_US 188576171-4.087956.0051

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED     SHC00501304

2022. SMG is reconciling its records to confirm that you had sufficient PTO and sick time banked to cover this paid leave. We will follow up under separate cover to the extent a deficiency is identified.

Notwithstanding this letter amendment, the remainder of the Employment Agreement remains unchanged and in full force and effect.

Sincerely,

Amy M. Guay
President, Steward Medical Group, Inc.

Acknowledged and Agreed to by:

_____
Arvind Agnihotri, M.D.

DM_US 188576171-4.087956.0051

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED       SHC00501305