# EXHIBIT 8

| | |
|---|---|
| **Message** | |
| **From:** | Arvind Agnihotri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5506187E23ED431C86ADE66DC4138E29-ARVIND AGNIHOTRI] |
| **Sent:** | 2/24/2014 10:13:13 AM |
| **To:** | Michael Callum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a66b932ba1045ada9f2acd0147a4bda-Michael Callum] |
| **Subject:** | 2013 Incentive |
| **Attachments:** | CardioThoracic Cases CY 2013.pdf |

Hi Mike,

I know the incentive comp is in the works right now. Just to make sure we are on the same page, I have documented 532 cases performed in 2013(see attached). That would come to $498K. Let me know if there is a discrepancy as I would like to address it ahead of time. As you may remember, we intentionally left the definition of a "case" very broad : "any surgical procedure performed by the Division of Cardiac surgery involving the use of an operation room." I attached a summary of cases performed by George and I. I have a case log list if needed.

Thanks,

Arvind

Arvind K. Agnihotri, MD
Chief, Cardiac Surgery
Steward Center for Advanced Cardiac Surgery at
St. Elizabeth's Medical Center
617 (789)-2045

SEMC
Cardiothoracic Surgical Cases
Jan - Dec 2013

|          | Agnihotri | Tollis | Total |
|----------|-----------|--------|-------|
| Cardiac  | 253       | 271    | 524   |
| Thoracic | 4         | 4      | 8     |
| Total    | 257       | 275    | 532   |

Source:    Meditech Report "Surgeon Statistics by Procedure Group"

***Note:   Two cases for Agnihotri were coded incorrectly in the Meditech
           report, one case was coded to Plastics and one case was coded to
           Vascular, both of these are included in the Cardiac Total

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED                                    SHC00207804