# EXHIBIT 9

Message

| | |
|---|---|
| **Sent**: | 3/13/2015 2:26:19 PM |
| **To**: | Michael Callum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a66b932ba1045ada9f2acd0147a4bda-Michael Callum] |
| **Subject**: | 2014 Cardiac Surgery |
| **Attachments**: | OR Cases By Specialty by Surgeon Dec 2014.xlsx |

Mike,

I have been looking for a chance to talk to you about some issues.   Let me know when there is a good time.

I am attaching the 2014 statistics for cardiac surgery.  Stanley only did 29 cases his first three months, which is below the threshold for any bonus.  The service did 537 cases, which I think is remarkable given George's departure and all the changes.  I did way too many cases myself, but hopefully that will even out over time.  Per our agreement, I am expecting $505,500 in incentive compensation which is due within 90 days after the end of year – by the end of the month.

Thanks,

Arvind

Arvind K. Agnihotri, MD
Chief, Cardiac Surgery
Steward Center for Advanced Cardiac Surgery at
St. Elizabeth's Medical Center
617 (789)-2045

# This document is being produced natively.

HIGHLY CONFIDENTIAL - FOIA CONFIDENTIALITY TREATMENT REQUESTED          SHC00093676

# SEMC - OR Cases by Speciality by Surgeon
# December 2014

| December 2014 | CURRENT MONTH | | | | | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Budget | | Prior Yr | | Actual | Budget | | Prior Yr | |
| | 2014 CM | 2014 CM | Var CM | 2013 CM | Var CM | 2014 YTD | 2014 YTD | Var YTD | 2013 YTD | Var YTD |
| CARDIOTHORACIC | 49 | 50 | (1) | 40 | 9 | 537 | 590 | (53) | 524 | 13 |
| ENT | 54 | 61 | (7) | 59 | (5) | 627 | 712 | (85) | 666 | (39) |
| GENERAL SURGERY | 123 | 126 | (3) | 96 | 27 | 1,434 | 1,505 | (71) | 1,394 | 40 |
| GASTROENTEROLOGY | 1 | - | 1 | - | 1 | 8 | - | 8 | 1 | 7 |
| GYNECOLOGY | 67 | 67 | - | 45 | 22 | 678 | 789 | (111) | 758 | (80) |
| NEUROSURGERY | 13 | 25 | (12) | 15 | (2) | 213 | 301 | (88) | 208 | 5 |
| OPHTHALMOLOGY | - | 3 | (3) | 5 | (5) | 3 | 36 | (33) | 77 | (74) |
| ORTHOPEDICS | 62 | 95 | (33) | 95 | (33) | 1,064 | 1,135 | (71) | 1,021 | 43 |
| PAIN | - | 1 | (1) | - | - | 21 | 14 | 7 | 12 | 9 |
| PLASTICS | 35 | 39 | (4) | 43 | (8) | 493 | 466 | 27 | 479 | 14 |
| PODIATRY | 40 | 43 | (3) | 40 | - | 444 | 507 | (63) | 472 | (28) |
| PULMONARY | 13 | 13 | - | 7 | 6 | 178 | 151 | 27 | 131 | 47 |
| THORACIC | 9 | 4 | 5 | 4 | 5 | 80 | 66 | 14 | 77 | 3 |
| UROLOGY | 93 | 99 | (6) | 92 | 1 | 1,124 | 1,166 | (42) | 1,108 | 16 |
| VASCULAR | 20 | 30 | (10) | 27 | (7) | 318 | 368 | (50) | 310 | 8 |
| **TOTAL MAJOR SURGERY** | **579** | **656** | **(77)** | **568** | **11** | **7,222** | **7,806** | **(584)** | **7,238** | **(16)** |
| **TOTAL MINOR SURGERY** | **6** | **8** | **(2)** | **9** | **(3)** | **159** | **195** | **(36)** | **198** | **(39)** |
| **TOTAL SURGICAL PROCEDURES** | **585** | **664** | **(79)** | **577** | **8** | **7,381** | **8,001** | **(620)** | **7,436** | **(55)** |

**SEMC - OR Cases by Speciality by Surgeon**
**December 2014**

| December 2014 | CURRENT MONTH | | | | | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual 2014 CM | Budget 2014 CM | Var CM | Prior Yr 2013 CM | Var CM | Actual 2014 YTD | Budget 2014 YTD | Var YTD | Prior Yr 2013 YTD | Var YTD |
| Agnihotri, Arvind K MD | 23 | 25 | (2) | 25 | (2) | 298 | 294 | 4 | 253 | 45 |
| Ketchedjian, Ara MD | 15 | - | 15 | - | 15 | 94 | - | 94 | - | 94 |
| Tam, Stanley | 11 | - | 11 | - | 11 | 29 | - | 29 | - | 29 |
| Tolis Jr, George MD | - | 25 | (25) | 15 | (15) | 116 | 296 | (180) | 271 | (155) |
| **CARDIOTHORACIC** | **49** | **50** | **(1)** | **40** | **9** | **537** | **590** | **(53)** | **524** | **13** |
| Ashmead, Mary MD | 2 | - | 2 | - | 2 | 2 | - | 2 | - | 2 |
| Carlson, David J | - | - | - | 1 | (1) | 2 | - | 2 | 1 | 1 |
| Catalano, Peter J. MD | 34 | 35 | (1) | 36 | (2) | 410 | 416 | (6) | 406 | 4 |
| Garfinkle, Terry MD | - | - | - | - | - | 1 | - | 1 | 2 | (1) |
| Jameson, John MD | - | 3 | (3) | 1 | (1) | 21 | 33 | (12) | 39 | (18) |
| McConnell, Wendy DO | - | - | - | - | - | 1 | - | 1 | - | 1 |
| Stern, Robert A. MD | 7 | 10 | (3) | 11 | (4) | 82 | 118 | (36) | 118 | (36) |
| Wijewickrama, Rohan C. MD | 11 | 13 | (2) | 10 | 1 | 108 | 145 | (37) | 100 | 8 |
| **ENT** | **54** | **61** | **(7)** | **59** | **(5)** | **627** | **712** | **(85)** | **666** | **(39)** |
| DAO CAMPI, HAISAR E. MD | 25 | 12 | 13 | 12 | 13 | 222 | 140 | 82 | 60 | 162 |
| Flynn, William M.D. | - | 1 | (1) | - | - | 8 | 10 | (2) | 10 | (2) |
| Hackford, Alan MD | 14 | 10 | 4 | 13 | 1 | 190 | 122 | 68 | 193 | (3) |
| Johnson, Scott MD | 21 | 25 | (4) | 27 | (6) | 243 | 299 | (56) | 277 | (34) |
| McCluney, Anthony L MD | 14 | 22 | (8) | 15 | (1) | 184 | 256 | (72) | 206 | (22) |
| Mowschenson, Peter MD | 4 | 3 | 1 | 1 | 3 | 47 | 44 | 3 | 45 | 2 |
| ODonnell, Kevin F. MD | 17 | 22 | (5) | 6 | 11 | 260 | 266 | (6) | 205 | 55 |
| Pecquex, Nicole MD | 20 | 31 | (11) | 22 | (2) | 266 | 368 | (102) | 344 | (78) |
| Rothschild, Janice | 8 | - | 8 | - | 8 | 14 | - | 14 | - | 14 |
| Taneja, Charu MD | - | - | - | - | - | - | - | - | 54 | (54) |
| **GENERAL SURGERY** | **123** | **126** | **(3)** | **96** | **27** | **1,434** | **1,505** | **(71)** | **1,394** | **40** |
| Foley, Michael T MD | - | - | - | - | - | - | - | - | 1 | (1) |
| Krishnan, Sandeep | - | - | - | - | - | 4 | - | 4 | - | 4 |
| Lee, Dennis E. MD | - | - | - | - | - | 1 | - | 1 | - | 1 |
| Mitty, Roger MD | - | - | - | - | - | 1 | - | 1 | - | 1 |
| Tandon, Manish MD | - | - | - | - | - | 1 | - | 1 | - | 1 |
| Zinny, Miguel A. MD | 1 | - | 1 | - | 1 | 1 | - | 1 | - | 1 |
| **GASTROENTEROLOGY** | **1** | **-** | **1** | **-** | **1** | **8** | **-** | **8** | **1** | **7** |
| Adams, Sonia MD | 7 | 6 | 1 | 2 | 5 | 58 | 62 | (4) | 5 | 53 |

**SEMC - OR Cases by Speciality by Surgeon**
**December 2014**

| December 2014 | CURRENT MONTH | | | | | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Budget | | Prior Yr | | Actual | Budget | | Prior Yr | |
| | 2014 CM | 2014 CM | Var CM | 2013 CM | Var CM | 2014 YTD | 2014 YTD | Var YTD | 2013 YTD | Var YTD |
| Al-Jamal,John H MD | - | 2 | (2) | - | - | - | 15 | (15) | 6 | (6) |
| Bayer-Zwirello,Lucy MD | 2 | - | 2 | 1 | 1 | 4 | - | 4 | 1 | 3 |
| Boudreau,Nicole MD | - | - | - | 1 | (1) | 7 | 15 | (8) | 14 | (7) |
| Callahan,William J. MD | 1 | 3 | (2) | - | 1 | 27 | 30 | (3) | 28 | (1) |
| Chaudhury,Anjan K. MD | - | - | - | - | - | - | - | - | 5 | (5) |
| Chow,Rosana P. MD | 3 | 3 | - | 2 | 1 | 15 | 46 | (31) | 30 | (15) |
| Chun,Byungyol MD | - | 3 | (3) | - | - | 7 | 39 | (32) | 32 | (25) |
| Clough,Melissa J MD (mead) | - | 1 | (1) | - | - | - | 11 | (11) | 10 | (10) |
| Cook,Maureen MD | 2 | 3 | (1) | 1 | 1 | 31 | 39 | (8) | 12 | 19 |
| Daly,Brien MD | 6 | 8 | (2) | 4 | 2 | 43 | 88 | (45) | 38 | 5 |
| Falzon-Kirby,Maria D. MD | 3 | 3 | - | 2 | 1 | 48 | 31 | 17 | 33 | 15 |
| Jackson,Helen T MD | - | 1 | (1) | - | - | 6 | 8 | (2) | 8 | (2) |
| Kelley,Edward C. MD | - | - | - | - | - | - | - | - | 3 | (3) |
| Kovacs, Zsuzsa MD | 1 | - | 1 | - | 1 | 1 | - | 1 | - | 1 |
| Lemaitre,Kathleen MD | 2 | 3 | (1) | - | 2 | 27 | 32 | (5) | 31 | (4) |
| Lieman,Joelle M MD | - | 2 | (2) | - | - | - | 21 | (21) | 17 | (17) |
| Marshall,Katherine A MD | 1 | 2 | (1) | 2 | (1) | 11 | 13 | (2) | 13 | (2) |
| Matta,Katherine D. MD | 8 | 9 | (1) | - | 8 | 68 | 101 | (33) | 44 | 24 |
| Morais,Isabel MD | 4 | - | 4 | - | 4 | 16 | - | 16 | - | 16 |
| Noel,Jean W MD | 6 | 3 | 3 | 2 | 4 | 73 | 36 | 37 | 36 | 37 |
| Poley,Karen MD | 2 | 2 | - | - | 2 | 20 | 30 | (10) | 26 | (6) |
| Steller,Michael MD | 16 | 11 | 5 | 16 | - | 179 | 140 | 39 | 141 | 38 |
| Testa,Enrique MD | 3 | 2 | 1 | 6 | (3) | 37 | 31 | 6 | 40 | (3) |
| Tran,Lan MD | - | - | - | - | - | - | 1 | (1) | 1 | (1) |
| Zinaman,Michael J. MD | - | - | - | 6 | (6) | - | - | - | 184 | (184) |
| **GYNECOLOGY** | **67** | **67** | **-** | **45** | **22** | **678** | **789** | **(111)** | **758** | **(80)** |
| Gutting,Stephen M MD | 12 | 21 | (9) | 15 | (3) | 211 | 251 | (40) | 208 | 3 |
| Johnson,Mark D MD | 1 | - | 1 | - | 1 | 2 | - | 2 | - | 2 |
| **NEUROSURGERY** | **13** | **25** | **(12)** | **15** | **(2)** | **213** | **301** | **(88)** | **208** | **5** |
| Eisenberg,David E. MD | - | 2 | (2) | 5 | (5) | 2 | 19 | (17) | 38 | (36) |
| Hu,Daniel MD | - | - | - | - | - | - | - | - | 5 | (5) |
| Kaufman,Kevin J MD | - | - | - | - | - | 1 | 1 | - | 1 | - |
| Urman,Sergey M MD | - | 1 | (1) | - | - | - | 16 | (16) | 33 | (33) |
| **OPHTHALMOLOGY** | **-** | **3** | **(3)** | **5** | **(5)** | **3** | **36** | **(33)** | **77** | **(74)** |
| Archibald,Jason MD | - | - | - | - | - | - | - | - | 1 | (1) |

## SEMC - OR Cases by Speciality by Surgeon
## December 2014

| December 2014 | CURRENT MONTH ||||| YEAR-TO-DATE |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Budget | | Prior Yr | | Actual | Budget | | Prior Yr | |
| | 2014 | 2014 | Var | 2013 | Var | 2014 | 2014 | Var | 2013 | Var |
| | CM | CM | CM | CM | CM | YTD | YTD | YTD | YTD | YTD |
| Agrawal,Kshitijkumar | 10 | 12 | (2) | 8 | 2 | 144 | 150 | (6) | 18 | 126 |
| Chase,Joseph E. MD | - | 9 | (9) | 11 | (11) | 12 | 107 | (95) | 107 | (95) |
| English,Diane M. MD | 11 | 16 | (5) | 23 | (12) | 177 | 189 | (12) | 219 | (42) |
| Feldon,Paul G. MD | 3 | 8 | (5) | 5 | (2) | 74 | 91 | (17) | 86 | (12) |
| Glazer,Paul A MD | - | 2 | (2) | - | - | 42 | 20 | 22 | 17 | 25 |
| Kimball,Hervey L MD | 1 | 2 | (1) | 5 | (4) | 23 | 30 | (7) | 32 | (9) |
| Martinez,Federico MD | 17 | 20 | (3) | 16 | 1 | 275 | 243 | 32 | 199 | 76 |
| Murzic,William J MD | - | 1 | (1) | 2 | (2) | 3 | 15 | (12) | 17 | (14) |
| Nascimento,Robert J. MD | 19 | 21 | (2) | 23 | (4) | 292 | 251 | 41 | 286 | 6 |
| Perryman,Jonathan MD | - | 1 | (1) | - | - | - | 6 | (6) | 5 | (5) |
| Ritter,John S MD | 1 | 3 | (2) | 2 | (1) | 22 | 33 | (11) | 34 | (12) |
| ORTHOPEDICS | 62 | 95 | (33) | 95 | (33) | 1,064 | 1,135 | (71) | 1,021 | 43 |
| Gerges,Frederic MD | - | 1 | (1) | - | - | 19 | 14 | 5 | 12 | 7 |
| Novak,Gordon MD | - | - | - | - | - | 2 | - | 2 | - | 2 |
| PAIN | - | 1 | (1) | - | - | 21 | 14 | 7 | 12 | 9 |
| DelVecchio,Daniel A. MD | 14 | 13 | 1 | 18 | (4) | 217 | 158 | 59 | 168 | 49 |
| Silverman,Richard MD | 11 | 13 | (2) | 12 | (1) | 115 | 149 | (34) | 147 | (32) |
| Volpe,George MD | 10 | 13 | (3) | 13 | (3) | 161 | 159 | 2 | 164 | (3) |
| PLASTICS | 35 | 39 | (4) | 43 | (8) | 493 | 466 | 27 | 479 | 14 |
| Campo,Frank DPM | - | 1 | (1) | - | - | 6 | 8 | (2) | 8 | (2) |
| Hartigan, Joseph A. DPM | - | 1 | (1) | 1 | (1) | 1 | 10 | (9) | 7 | (6) |
| Kittay,Jeffrey M. DPM | - | - | - | - | - | 3 | 1 | 2 | 1 | 2 |
| Leavitt,Kenneth DPM | - | - | - | - | - | 2 | 1 | 1 | 1 | 1 |
| Manolian,Richard DPM | - | 1 | (1) | - | - | 4 | 6 | (2) | 5 | (1) |
| Marcoux,John T DPM | 17 | 17 | - | 14 | 3 | 159 | 203 | (44) | 181 | (22) |
| Phillips,Alfred J DPM | 23 | 23 | - | 25 | (2) | 265 | 276 | (11) | 267 | (2) |
| Stewart,James P. DPM | - | - | - | - | - | 2 | 2 | - | 2 | - |
| Vasserman,Irina DPM | - | - | - | - | - | 2 | - | 2 | - | 2 |
| PODIATRY | 40 | 43 | (3) | 40 | - | 444 | 507 | (63) | 472 | (28) |
| Ernst,Armin MD | - | - | - | - | - | - | - | - | 4 | (4) |
| Rafeq,Samaan MD | 13 | 13 | - | 7 | 6 | 178 | 151 | 27 | 127 | 51 |
| PULMONARY | 13 | 13 | - | 7 | 6 | 178 | 151 | 27 | 131 | 47 |
| Anderson,Timothy M MD | - | - | - | - | - | 3 | 9 | (6) | 8 | (5) |
| Agnihotri,Arvind MD | - | - | - | - | - | - | - | - | 4 | (4) |
| Donahue,Dean Michael MD | - | 1 | (1) | - | - | 11 | 16 | (5) | 13 | (2) |

# SEMC - OR Cases by Speciality by Surgeon
# December 2014

| December 2014 | CURRENT MONTH | | | | | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Budget | | Prior Yr | | Actual | Budget | | Prior Yr | |
| | 2014 | 2014 | Var | 2013 | Var | 2014 | 2014 | Var | 2013 | Var |
| | CM | CM | CM | CM | CM | YTD | YTD | YTD | YTD | YTD |
| Gaissert, Henning | - | 2 | (2) | 2 | (2) | 22 | 26 | (4) | 21 | 1 |
| Lanuti,Michael MD | 3 | 1 | 2 | 1 | 2 | 7 | 10 | (3) | 8 | (1) |
| Tolis Jr,George MD. | - | - | - | - | - | - | - | - | 4 | (4) |
| Wain,John MD | 6 | - | 6 | - | 6 | 16 | - | 16 | - | 16 |
| Wright,Cameron D | - | - | - | 1 | (1) | 21 | 5 | 16 | 19 | 2 |
| THORACIC | 9 | 4 | 5 | 4 | 5 | 80 | 66 | 14 | 77 | 3 |
| Callum,Michael G. MD | - | - | - | - | - | 1 | - | 1 | - | 1 |
| Chudnovsky,Aleksander MD | - | - | - | - | - | 2 | 2 | - | 2 | - |
| Hemani,Micah MD | - | 3 | (3) | - | - | 13 | 27 | (14) | 24 | (11) |
| Kaleli,Adnan MD | - | - | - | - | - | - | 1 | (1) | 1 | (1) |
| Kotkin,Leonid MD | 12 | 10 | 2 | 10 | 2 | 119 | 121 | (2) | 124 | (5) |
| Mitcheson,H David MD | 16 | 15 | 1 | 21 | (5) | 244 | 186 | 58 | 192 | 52 |
| Pang,Alexander MD | 2 | 2 | - | - | 2 | 14 | 12 | 2 | 11 | 3 |
| Staskin,David MD | 6 | 6 | - | 5 | 1 | 58 | 70 | (12) | 64 | (6) |
| Tomera,Kevin M. MD | 15 | 17 | (2) | 18 | (3) | 162 | 192 | (30) | 176 | (14) |
| Tuerk,Ingolf A. MD | 34 | 36 | (2) | 33 | 1 | 411 | 435 | (24) | 401 | 10 |
| Williams,Persis Oneeka MD | 8 | 10 | (2) | 5 | 3 | 100 | 120 | (20) | 113 | (13) |
| UROLOGY | 93 | 99 | (6) | 92 | 1 | 1,124 | 1,166 | (42) | 1,108 | 16 |
| Campbell,David R. MD | - | 1 | (1) | - | - | 6 | 16 | (10) | 13 | (7) |
| Kansal,Nikhil MD | 4 | 7 | (3) | 2 | 2 | 72 | 83 | (11) | 47 | 25 |
| Pomposelli,Frank MD | 5 | 10 | (5) | 9 | (4) | 85 | 125 | (40) | 118 | (33) |
| Prushik,Scott G MD | 11 | 12 | (1) | 16 | (5) | 155 | 144 | 11 | 131 | 24 |
| Siddiqui,Aqeel MD | - | - | - | - | - | - | - | - | 1 | (1) |
| VASCULAR | 20 | 30 | (10) | 27 | (7) | 318 | 368 | (50) | 310 | 8 |
| **TOTAL MAJOR SURGERY** | **579** | **656** | **(77)** | **568** | **11** | **7,222** | **7,806** | **(584)** | **7,238** | **(16)** |
| | | | | | | | | | | |
| **TOTAL MINOR SURGERY** | **6** | **8** | **(2)** | **9** | **(3)** | **159** | **195** | **(36)** | **198** | **(39)** |
| | | | | | | | | | | |
| **TOTAL SURGICAL PROCEDURES** | **585** | **664** | **(79)** | **577** | **8** | **7,381** | **8,001** | **(620)** | **7,436** | **(55)** |