# EXHIBIT 10

# Exhibit 10

| Application Identifier | CMS Form | Date received by Medicare Administrative Contractor | Steward Entity | Idenfification Number | Certification Signatory(ies) | Date of Signature |
|---|---|---|---|---|---|---|
|  | Examples of Certifications on Enrollment and Re-Enrollment Applications that SEMC and SMG Submitted to Medicare Concerning Compliance with the Stark Law |
| Tracking ID: T051120180002422 | 855A | 5.14.2018 | SEMC | NPI: 1720390289 | John M. Doyle, Wylie Jean Winters Jr., Paula Wyman | 6.1.2018, 5.17.2018, 5.14.2018 |
| Tracking ID: T122820180001055 | 855A | 12.28.2019 | SEMC | NPI: 1720390289 | John M. Doyle | 12.28.2018 |
| Tracking ID: T052320190002903 | 855A | 5.29.2019 | SEMC | NPI: 1720390289 | Paula Wyman, John M. Doyle | 5.29.2019, 5.30.2019 |
| 961325410117 | 855B | 9.11.2013 | SMG | PTAN: 001849903 | Christine M. Rogers | 9.5.2013 |
| 961325410209 | 855B | 9.16.2013 | SMG | PTAN: 001849903 | Christine M. Rogers | 9.11.2013 |
| 241401332360021 | 855B | 11.19.2013 | SMG | PTAN: 001849903 | Christine M. Rogers | 10.22.2013 |
| 241401334552303 | 855B | 12.11.2013 | SMG | PTAN: 001849902 | Christine M. Rogers | 12.2.2013 |
| 241401336156975 | 855B | 12.27.2013 | SMG | PTAN: 001849902 | Christine M. Rogers | 12.5.2013 |
| 241401406353716 | 855B | 3.4.2014 | SMG | PTAN: 001849902 | Christine M. Rogers | 2.25.2014 |
| 241401406353716 | 855B | 3.4.2014 | SMG | PTAN: 001849902 | Christine M. Rogers | 2.25.2014 |
| 241401411207200 | 855B | 4.22.2014 | SMG | PTAN: 001849903 | Christine M. Rogers | 4.14.2014 |
| 241401411207220 | 855B | 4.22.2014 | SMG | PTAN: 001849902 | Christine M. Rogers | 4.8.2014 |
| 241401415359641 | 855B | 6.2.2014 | SMG | PTAN: 001849903 | Christine M. Rogers | 5.27.2014 |
| 2414015005203 | 855B | 5.30.2014 | SMG | PTAN: 001849902 | Christine M. Rogers | 5.27.2014 |
| 241421506805471 | 855B | 3.9.2015 | SMG | PTAN: 001849903 | George Clairmont (President of SMG); Christine Rogers; and Sean O'Neill | 2.26.2015 |
| 241401507932929 | 855B | 3.20.2015 | SMG | PTAN: 001849902 | Christine M. Rogers | 3.10.2015 |
| 241401527433027 | 855B | 10.1.2015 | SMG | PTAN: 001849902 | Christine M. Rogers | 9.24.2015 |
| 241401535505178 | 855B | 12.21.2015 | SMG | PTAN: 001849903 | Christine M. Rogers | 12.2.2015 |
| 241401607532255 | 855B | 3.15.2016 | SMG | PTAN: 001849903 | Christine M. Rogers | 3.8.2016 |
| 225401914065058 | 855B | 5.20.2019 | SMG | PTAN: 001849915 | Joanne M. Vicente | 5.17.2019 |