# EXHIBIT 11

# Exhibit 11

| | | Examples of False Certifications on Cost Reports that SEMC Submitted to Medicare | | | | |
|---|---|---|---|---|---|---|

| Cost Report Period | Run Date | Date Received by Medicare Administrative Contractor (if known) | CMS Certification Number (CCN) | Certification Signatory (Based Upon Information and Belief) | Title of Certification Signatory (as Indicated on the Cost Report) | Date of Signature for Certification |
|---|---|---|---|---|---|---|
| 01/01/2013-12/31/2013 | 6/25/2014 | 7/1/2014 | 22-0036 | Michael Lenahen | Hospital Division CFO | 6/20/2014 |
| 01/01/2013-12/31/2013 | 11/13/2014 | 11/19/2014 | 22-0036 | Mark Rich | Chief Financial Officer | 11/17/2014 |
| 01/01/2014-12/31/2014 | 5/27/2015 | 6/2/2015 | 22-0036 | Mark Rich | CFO | 5/27/2015 |
| 01/01/2014-12/31/2014 | 12/2/2015 | 12/2/2015 | 22-0036 | Mark Rich | Executive VP CFO | 12/14/2015 |
| 01/01/2015-12/31/2015 | 6/7/2016 | 6/9/2016 | 22-0036 | Joseph E. Ciccolo | CAO | 6/7/2016 |
| 01/01/2014-12/31/2014 | 9/29/2016 | 10/4/2016 | 22-0036 | Joseph E. Ciccolo | Chief Administrative Officer | 9/29/2016 |
| 01/01/2015-12/31/2015 | 10/26/2016 | 11/1/2016 | 22-0036 | Joseph E. Ciccolo | CAO | 10/26/2016 |
| 01/01/2016-12/31/2016 | 5/30/2017 | 6/30/2017 | 22-0036 | Mark Rich | CFO | 5/30/2017 |
| 01/01/2016-12/31/2016 | 6/29/2017 | 7/17/2017 | 22-0036 | Mark Rich | CFO | 7/10/2017 |
| 01/01/2015-12/31/2015 | 2/12/2018 | 2/14/2018 | 22-0036 | Jeff Dion | CFO | 2/12/2018 |
| 01/01/2017-12/31/2017 | 5/23/2018 | 5/29/2018 | 22-0036 | Jeff Dion | Chief Financial Officer | 5/24/2018 |
| 01/01/2016-12/31/2016 | 5/22/2018 | 5/29/2018 | 22-0036 | Jeff Dion | CFO | 5/25/2018 |
| 01/01/2017-12/31/2017 | 5/15/2019 | --- | 22-0036 | Victoria Lobban | Sr Chief Financial Officer | 5/15/2019 |
| 01/01/2018-12/31/2018 | 5/26/2019 | --- | 22-0036 | Victoria Lobban | Chief Financial Officer | 5/26/2019 |
| 01/01/2019-12/31/2019 | 8/27/2020 | --- | 22-0036 | Victoria Lobban | Chief Financial Officer | 8/27/2020 |
| 01/01/2020-12/31/2020 | 7/26/2021 | --- | 22-0036 | Victoria Lobban | Chief Financial Officer | 7/26/2021 |
| 01/01/2021-12/31/2021 | 5/26/2022 | --- | 22-0036 | Jason Radzevich | Chief Financial Officer | 5/27/2022 |
| 01/01/2022-12/31/2022 | 5/30/2023 | --- | 22-0036 | David Callum | Chief Financial Officer | 5/31/2023 |