# EXHIBIT 16

## Exhibit 16

| Examples of Claims SEMC Submitted to Medicare for Designated Health Services Referred by Dr. Agnihotri in Violation of the Stark Law |||||||
|---|---|---|---|---|---|---|
| Medicare Beneficiary Initials | Claim From Date | Claim Thru Date | Claim Paid Date | Principal Diagnosis Code | DRG Code | Amount Medicare Paid |
| R.K.R. | 6/3/2013 | 6/16/2013 | 7/18/2013 | 4241 | M219 | $104,434.63 |
| A.L.D. | 7/17/2013 | 7/23/2013 | 8/12/2013 | 4241 | M220 | $83,381.96 |
| G.V.G. | 10/14/2013 | 10/31/2013 | 1/29/2014 | 4241 | M219 | $107,019.99 |
| G.B. | 10/21/2013 | 10/30/2013 | 1/29/2014 | 4241 | M219 | $90,998.71 |
| J.G.K. | 5/8/2014 | 5/14/2014 | 6/3/2014 | 4241 | M219 | $72,313.31 |
| A.K. | 6/3/2014 | 6/11/2014 | 6/30/2014 | 4240 | M219 | $72,006.28 |
| R.S.E. | 11/4/2014 | 11/12/2014 | 6/1/2016 | 41401 | M219 | $71,012.90 |
| J.F.M. | 11/24/2014 | 12/1/2014 | 5/31/2016 | 4241 | M266 | $84,405.13 |
| C.C.P. | 2/10/2015 | 3/1/2015 | 5/18/2016 | 4241 | M003 | $170,007.29 |
| W.A.G. | 4/14/2015 | 4/22/2015 | 5/23/2016 | 4241 | M220 | $49,836.91 |
| J.R. | 8/27/2015 | 9/8/2015 | 9/29/2015 | 41401 | M233 | $70,016.00 |
| A.B.M. | 9/7/2015 | 9/23/2015 | 10/13/2015 | 4241 | M266 | $131,295.49 |
| J.E.S. | 5/31/2016 | 6/16/2016 | 7/6/2016 | I350 | M266 | $110,837.95 |
| M.M.A. | 6/7/2016 | 6/20/2016 | 7/11/2016 | I083 | M219 | $72,925.47 |
| D.C.S. | 8/30/2016 | 9/9/2016 | 9/29/2016 | I350 | M266 | $101,454.29 |
| R.L.P. | 9/26/2016 | 10/10/2016 | 11/1/2016 | I350 | M266 | $122,410.89 |
| E.T.D. | 1/30/2017 | 2/12/2017 | 3/3/2017 | I350 | M219 | $74,940.55 |
| D.E.T. | 3/20/2017 | 3/26/2017 | 4/19/2017 | I350 | M219 | $73,650.87 |
| L.B.L. | 10/16/2017 | 10/27/2017 | 11/16/2017 | I350 | M266 | $153,626.30 |
| P.A.C. | 11/27/2017 | 12/5/2017 | 12/26/2017 | I2510 | M233 | $55,193.09 |
| M.F.H. | 2/5/2018 | 2/10/2018 | 3/7/2018 | I350 | M267 | $101,858.72 |
| J.A.C. | 4/25/2018 | 5/1/2018 | 5/21/2018 | I2510 | M218 | $54,408.03 |
| L.G. | 7/9/2018 | 7/16/2018 | 8/6/2018 | I350 | M267 | $102,464.87 |
| J.B.G. | 10/1/2018 | 10/7/2018 | 10/29/2018 | I2510 | M236 | $38,536.06 |
| R.A.S. | 3/4/2019 | 3/12/2019 | 4/3/2019 | I350 | M266 | $107,127.15 |
| R.J.S. | 6/7/2019 | 7/8/2019 | 8/7/2019 | I2510 | M235 | $156,413.93 |
| M.A.C. | 9/6/2019 | 9/17/2019 | 10/7/2019 | I340 | M220 | $52,465.23 |
| A.C.F. | 11/8/2019 | 11/15/2019 | 12/4/2019 | I052 | M220 | $51,252.61 |
| J.L.H. | 1/8/2020 | 1/14/2020 | 2/7/2020 | I350 | M220 | $52,589.33 |
| D.J.V. | 1/13/2020 | 1/20/2020 | 2/10/2020 | I2510 | M220 | $51,209.49 |
| W.F.J. | 6/22/2020 | 6/27/2020 | 7/15/2020 | I2510 | M236 | $40,785.46 |
| P.S.S. | 3/19/2021 | 3/28/2021 | 4/19/2021 | I052 | M219 | $82,871.47 |
| E.J.G. | 7/14/2021 | 7/18/2021 | 8/6/2021 | I2510 | M229 | $40,437.16 |
| G.M.K. | 8/9/2021 | 8/17/2021 | 9/9/2021 | I350 | M219 | $84,355.47 |
| E.G.H. | 3/21/2022 | 3/25/2022 | 4/18/2022 | I350 | M267 | $99,142.02 |