# Exhibit

# B



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SAMPLE

CARRIER

☐☐☐ PICA                                                                                                                 PICA ☐☐☐

1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER       1a. INSURED'S I.D. NUMBER       (For Program in Item 1)

☐ (Medicare#)   ☐ (Medicaid#)   ☐ (ID#/DoD#)   ☐ (Member ID#)   ☐ (ID#)   ☐ (ID#)   ☐ (ID#)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)   |   3. PATIENT'S BIRTH DATE   MM  DD  YY   SEX   M ☐   F ☐   |   4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)   |   6. PATIENT RELATIONSHIP TO INSURED   Self ☐   Spouse ☐   Child ☐   Other ☐   |   7. INSURED'S ADDRESS (No., Street)

CITY   STATE   |   8. RESERVED FOR NUCC USE   |   CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)   (   )   |   |   ZIP CODE   TELEPHONE (Include Area Code)   (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)   |   10. IS PATIENT'S CONDITION RELATED TO:   |   11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER   |   a. EMPLOYMENT? (Current or Previous)   ☐ YES   ☐ NO   |   a. INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M ☐   F ☐

b. RESERVED FOR NUCC USE   |   b. AUTO ACCIDENT?   ☐ YES   ☐ NO   PLACE (State)   |   b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE   |   c. OTHER ACCIDENT?   ☐ YES   ☐ NO   |   c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME   |   10d. CLAIM CODES (Designated by NUCC)   |   d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   ☐ YES   ☐ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____   DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM  DD  YY   QUAL.   |   15. OTHER DATE   QUAL.   MM  DD  YY   |   16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM  MM DD YY   TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   |   17a.   |   17b. NPI   |   18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)   |   20. OUTSIDE LAB?   ☐ YES   ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. ___   |   22. RESUBMISSION CODE ___ ORIGINAL REF. NO. ___

A. ____   B. ____   C. ____   D. ____
E. ____   F. ____   G. ____   H. ____
I. ____   J. ____   K. ____   L. ____

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | NPI | |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☐   |   26. PATIENT'S ACCOUNT NO.   |   27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   ☐ YES   ☐ NO   |   28. TOTAL CHARGE   $   |   29. AMOUNT PAID   $   |   30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____   DATE _____

32. SERVICE FACILITY LOCATION INFORMATION
a. NPI   b.

33. BILLING PROVIDER INFO & PH #   (   )
a. NPI   b.

PHYSICIAN OR SUPPLIER INFORMATION

**BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.**

**NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.**

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND TRICARE PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or TRICARE participation cases, the physician agrees to accept the charge determination of the Medicare carrier or TRICARE fiscal intermediary as the full charge and the patient is responsible only for the deductible, coinsurance and non-covered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or TRICARE fiscal intermediary if this is less than the charge submitted. TRICARE is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, TRICARE, FECA AND BLACK LUNG)

In submitting this claim for payment from federal funds, I certify that: 1) the information on this form is true, accurate and complete; 2) I have familiarized myself with all applicable laws, regulations, and program instructions, which are available from the Medicare contractor; 3) I have provided or will provide sufficient information required to allow the government to make an informed eligibility and payment decision; 4) this claim, whether submitted by me or on my behalf by my designated billing company, complies with all applicable Medicare and/or Medicaid laws, regulations, and program instructions for payment including but not limited to the Federal anti-kickback statute and Physician Self-Referral law (commonly known as Stark law); 5) the services on this form were medically necessary and personally furnished by me or were furnished incident to my professional service by my employee under my direct supervision, except as otherwise expressly permitted by Medicare or TRICARE; 6) for each service rendered incident to my professional service, the identity (legal name and NPI, license #, or SSN) of the primary individual rendering each service is reported in the designated section.For services to be considered "incident to" a physician's professional services, 1) they must be rendered under the physician's direct supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of non-physicians must be included on the physician's bills.

For TRICARE claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, TRICARE, FECA, AND BLACK LUNG INFORMATION (PRIVACY ACT STATEMENT)

We are authorized by CMS, TRICARE and OWCP to ask you for information needed in the administration of the Medicare, TRICARE, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

**FOR MEDICARE CLAIMS:** See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

**FOR OWCP CLAIMS:** Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

**FOR TRICARE CLAIMS:** PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under TRICARE/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of TRICARE.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

**SIGNATURE OF PHYSICIAN (OR SUPPLIER):** I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1197. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS.

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐☐ PICA

PICA ☐☐

**1.** MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☐ (ID#)   **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** MM | DD | YY   SEX  M ☐  F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED** Self ☐  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)

CITY | STATE

**8. RESERVED FOR NUCC USE**

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( )

ZIP CODE | TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)  YES ☐  NO ☐

**a. INSURED'S DATE OF BIRTH** MM | DD | YY   SEX  M ☐  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  PLACE (State)  YES ☐  NO ☐

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**  YES ☐  NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  YES ☐  NO ☐  *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE _____

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

**14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP)** MM | DD | YY  QUAL.

**15. OTHER DATE** QUAL.  MM | DD | YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM | DD | YY  TO MM | DD | YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a.   17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM | DD | YY  TO MM | DD | YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  YES ☐  NO ☐  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. ___

A. _____  B. _____  C. _____  D. _____
E. _____  F. _____  G. _____  H. _____
I. _____  J. _____  K. _____  L. _____

**22. RESUBMISSION CODE** _____ ORIGINAL REF. NO. _____

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | NPI | |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☐

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES ☐  NO ☐

**28. TOTAL CHARGE** $

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____ DATE _____

**32. SERVICE FACILITY LOCATION INFORMATION**

a. NPI   b.

**33. BILLING PROVIDER INFO & PH #** ( )

a. NPI   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

SAMPLE

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SAMPLE

**CARRIER**

[ ][ ][ ] PICA | PICA [ ][ ][ ]

| 1. | | | | | | | | | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | | | XXXXXXXXXXXXXXXXXXXXXXXXXX |
| X (Medicare#) | X (Medicaid#) | X (ID#/DoD#) | X (Member ID#) | X (ID#) | X (ID#) | X (ID#) | | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXXX | MM XX DD XX YY XX | M X  F X | XXXXXXXXXXXXXXXXXXXXXXXXX |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXX | Self X  Spouse X  Child X  Other X | XXXXXXXXXXXXXXXXXXXXXXXXX |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXX | XXX | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| XXXXXXXXXXXXX | (XXX) XXXXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXX | (XXX) XXXXXXXXX |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXXXXXXXXXXXXXXX |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| XXXXXXXXXXXXXXXXXXXX | X YES  X NO | MM XX DD XX YY XXXX | M X  F X |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXXX | X YES  X NO  XXX | XXXXXXXXXXXXXXXXXXXXXXXXX |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXX | X YES  X NO | XXXXXXXXXXXXXXXXXXXXXXXXX |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXX | X YES  X NO  *If yes*, complete items 9, 9a and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED XXXXXXXXXXXXXXXXXXXXXXXX  DATE XXXXXXXXXXXXX

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED XXXXXXXXXXXXXXXXXXXXXXXX

| 14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP) | 15. OTHER DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM XX DD XX YY XXXX  QUAL. XXX | QUAL. XXX  MM XX DD XX YY XXXX | FROM MM XX DD XX YY XXXX  TO MM XX DD XX YY XXXX |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE XXX | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXXX | 17b. NPI XXXXXXXXXXX | FROM MM XX DD XX YY XXXX  TO MM XX DD XX YY XXXX |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) XXXXXXXXXXXXXXXXXXXXXX | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXX | X YES  X NO | XXXXXXXXXXX |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. X

| A. XXXXXXX | B. XXXXXXX | C. XXXXXXX | D. XXXXXXX |
|---|---|---|---|
| E. XXXXXXX | F. XXXXXXX | G. XXXXXXX | H. XXXXXXX |
| I. XXXXXXX | J. XXXXXXX | K. XXXXXXX | L. XXXXXXX |

| 22. RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|
| XXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX |

| 23. PRIOR AUTHORIZATION NUMBER |
|---|
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | XX XX XX | XX XX XX | XXXXX | XXXXX | XX XX XX XX | XXXX | XXXXXXX XX | XXX | XX | NPI | XXXXXXXXXXX |
| 2 | XX XX XX | XX XX XX | XXXXX | XXXXX | XX XX XX XX | XXXX | XXXXXXX XX | XXX | XX | NPI | XXXXXXXXXXX |
| 3 | XX XX XX | XX XX XX | XXXXX | XXXXX | XX XX XX XX | XXXX | XXXXXXX XX | XXX | XX | NPI | XXXXXXXXXXX |
| 4 | XX XX XX | XX XX XX | XXXXX | XXXXX | XX XX XX XX | XXXX | XXXXXXX XX | XXX | XX | NPI | XXXXXXXXXXX |
| 5 | XX XX XX | XX XX XX | XXXXX | XXXXX | XX XX XX XX | XXXX | XXXXXXX XX | XXX | XX | NPI | XXXXXXXXXXX |
| 6 | XX XX XX | XX XX XX | XXXXX | XXXXX | XX XX XX XX | XXXX | XXXXXXX XX | XXX | XX | NPI | XXXXXXXXXXX |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| XXXXXXXXXXXXXXXX | X X | XXXXXXXXXXXXX | X YES  X NO | $ XXXXXXX XX | $ XXXXXXX XX | XXXXXX XX |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION XXXXXX | 33. BILLING PROVIDER INFO & PH # (XXX) XXXXXXXXX |
|---|---|---|
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX |
| | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX |
| SIGNED XXXXXXXXX  DATE XXXX | a. XXXXXXXXXXX  b. XXXXXXXXXXX | a. XXXXXXXXXXX  b. XXXXXXXXXXX |

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

**PATIENT AND INSURED INFORMATION**

**PHYSICIAN OR SUPPLIER INFORMATION**