UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, *ex rel.* **JOSEPH NOCIE,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**STEWARD HEALTH CARE SYSTEM, LLC; STEWARD MEDICAL GROUP, INC.; STEWARD ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC.; and STEWARD CARNEY HOSPITAL, INC.,**<br><br>*Defendants*. | Case No. 18-cv-11160-WGY |

**DEFENDANTS' ASSENTED-TO MOTION FOR BRIEFING SCHEDULE**

Defendants Steward Health Care System, LLC; Steward Medical Group, Inc.; Steward St. Elizabeth's Medical Center of Boston, Inc.; and Steward Carney Hospital, Inc. (collectively, "Steward") respectfully ask the Court to set the following briefing schedule in connection with Plaintiff United States' Complaint-in-Intervention (ECF No. 52) and Plaintiff-Relator Joseph Nocie's Amended Complaint (ECF No. 66). Counsel for the United States and Relator have authorized Defendants to state that they assent to this motion.

The proposed briefing schedule is the following:

- 90 days from January 8, 2024, to respond to the Complaint-in-Intervention and Relator's Amended Complaint (*i.e.*, April 8, 2024);

- 21 days to oppose any motion to dismiss (*i.e.*, April 29, 2024); and

- 10 days to file a reply, if any (*i.e.*, May 9, 2024) .

Steward respectfully requests that the Court GRANT this assented-to motion, and permit the parties to file any responses, oppositions, and/or replies pursuant to the above schedule.

Respectfully submitted,

Dated: February 7, 2024

/s/ *William Weinreb*
William Weinreb (BBO# 557826)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
billweinreb@quinnemanuel.com

*Attorney for Steward Health Care System, LLC; Steward Medical Group, Inc.; Steward St. Elizabeth's Medical Center of Boston, Inc.; and Steward Carney Hospital, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs regarding this motion on or about February 7, 2024, and that Plaintiffs assented to this motion.

/s/ *William Weinreb*
William Weinreb

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on the date below through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 7, 2024

/s/ *William Weinreb*
William Weinreb