# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JOSEPH NOCIE, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-11160-WGY |
| v. | ) ) ) | |
| STEWARD HEALTH CARE SYSTEM, LLC, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## UNITED STATES' CONSENT TO RELATOR'S VOLUNTARY DISMISSAL

On March 11, 2024, Relator Joseph Nocie entered into a tolling agreement with Defendants with respect to the claims asserted in Relator's Amended Complaint (Dkt. No. 66). Pursuant to that agreement, the relator filed a Motion for Voluntary Dismissal Without Prejudice of the Declined Claims in this matter on March 11, 2024. Dkt. No. 79. On September 5, 2023, the United States declined to intervene with respect to the allegations that the relator now seeks to voluntarily dismiss. *See* Dkt. No. 47. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States consents to the relator's voluntary dismissal of the declined claims, without prejudice to the rights of the United States.

Date:  March 11, 2024

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Jessica J. Weber*
JESSICA J. WEBER
ANDREW A. CAFFREY, III
Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way, Suite 9200

                    Boston, MA 02210
                    (617) 748-3100
                    jessica.j.weber@usdoj.gov
                    andrew.caffrey@usdoj.gov

## **CERTIFICATION**

      I certify under Local Rule 7.1(a)(2) that the United States has conferred with counsel for the relator and the defendants.

Dated: March 11, 2024        By:    */s/ Jessica J. Weber*
                                                        JESSICA J. WEBER
                                                         Assistant United States Attorney