UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM LLC; STEWARD MEDICAL GROUP, INC.; and STEWARD ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC.,<br><br>*Defendants*. | Case No. 18-cv-11160-WGY |

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Steward Health Care System LLC, Steward Medical Group, Inc., and Steward St. Elizabeth's Medical Center of Boston, Inc. file this Disclosure Statement, stating as follows:

1. Defendant Steward Health Care System LLC wholly owns Defendants Steward Medical Group, Inc. and Steward St. Elizabeth's Medical Center of Boston, Inc.

2. No publicly held corporation owns 10% or more of Steward Health Care System LLC, Steward Medical Group, Inc., or Steward St. Elizabeth's Medical Center of Boston, Inc.

Dated: April 8, 2024

/s/ *William D. Weinreb*
William D. Weinreb (BBO# 557826)
Michael T. Packard (BBO# 676934)
Alexander H. Loomis (BBO# 699129)
Marla L. Blum (BBO# 708966)
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
billweinreb@quinnemanuel.com

michaelpackard@quinnemanuel.com
alexloomis@quinnemanuel.com
marlablum@quinnemanuel.com

Neil T. Phillips (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
neilphillips@quinnemanuel.com

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ William D. Weinreb*