UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* Joseph Nocie, <br><br> Plaintiffs, <br><br> v. <br><br> STEWARD HEALTH CARE SYSTEM, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-11160 |

### NOTICE OF APPEARANCE OF MARK W. PEARLSTEIN

Please enter the appearance of Mark W. Pearlstein of McDermott Will & Emery LLP, 200 Clarendon Street, Boston, MA 02116-5021, on behalf of defendants Steward Health Care System, LLC, Steward Medical Group, Inc., Steward St. Elizabeth's Medical Center of Boston, Inc., and Steward Carney Hospital, Inc. in the above-captioned matter.

Respectfully submitted,

STEWARD HEALTH CARE SYSTEM, LLC,
STEWARD MEDICAL GROUP, INC.,
STEWARD ST. ELIZABETH'S MEDICAL
CENTER OF BOSTON, INC., AND STEWARD
CARNEY HOSPITAL, INC.

By their attorney,

Date:  August 6, 2024

/s/ *Mark W. Pearlstein*
Mark W. Pearlstein (BBO # 542064)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street
Boston, MA  02116-5021
Email:  mpearlstein@mwe.com
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

**CERTIFICATE OF SERVICE**

      I hereby certify that this notice, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter on the Notice of Electronic Filing (NEF).

      /s/ *Mark W. Pearlstein*
      Mark W. Pearlstein (BBO # 542064)